UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUSTIN BEAULIER                ,

Plaintiff(s),

v.

ROBLOX CORPORATION        ,

Defendant(s).

Case No. 3:26-cv-02642-LJC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Gary M. Klinger_____, an active member in good standing of the bar of the State of Illinois_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff Austin Beaulier_____ in the above-entitled action. My local co-counsel in this case is William J. Edelman_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 285177_____.

227 W. Monroe St., Ste. 2100, Chicago, IL 60606
MY ADDRESS OF RECORD

866-252-0878
MY TELEPHONE # OF RECORD

gklinger@milberg.com
MY EMAIL ADDRESS OF RECORD

280 S. Beverly Dr., Penthouse, Beverly Hills, CA 90212
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

771-474-1121
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

wedelman@milberg.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6329500____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 2____ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 31, 2026

Gary M. Klinger
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Gary M. Klinger is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 31, 2026

UNITED STATES MAGISTRATE JUDGE

Updated 11/2021

2

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Gary Michael Klinger

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/04/2010 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 5th day of March, 2026.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois