UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUSTIN BEAULIER                    ,

Plaintiff(s),

v.

ROBLOX CORPORATION         ,

Defendant(s).

Case No. 3:26-cv-02642-LJC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Michael A. Acciavatti      , an active member in good standing of the bar of Pennsylvania                , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff, Austin Beaulier      in the above-entitled action. My local co-counsel in this case is William J. Edelman      , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 285177      .

| | |
|---|---|
| 405 East 50th Street, New York, NY 10022 | 280 S. Beverly Drive, Penthouse, Beverly Hills, CA 90212 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (610) 842-5801 | (771) 474-1121 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| macciavatti@milberg.com | wedelman@milberg.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 324112      .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 4      times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: __April 1, 2026__

__Michael A. Acciavatti__
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Michael A. Acciavatti__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: __April 2, 2026__

_____
UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Michael Anthony Acciavatti, Esq.*

#### DATE OF ADMISSION

*October 26, 2017*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  January 21, 2026**

Nicole Traini
Chief Clerk