KEKER, VAN NEST & PETERS LLP
MICHELLE YBARRA - # 260697
mybarra@keker.com
EDWARD A. BAYLEY - # 267532
ebayley@keker.com
DEEVA SHAH - # 319937
dshah@keker.com
SPENCER MCMANUS - # 322824
smcmanus@keker.com
KEVIN SONG - # 325259
ksong@keker.com
LIAM BROWN - # 347518
liambrown@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant ROBLOX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUSTIN BEAULIER, individually and on behalf of all those similarly situated,<br><br>                              Plaintiff,<br><br>      v.<br><br>ROBLOX CORPORATION,<br><br>                              Defendant. | Case No. 3:26-cv-02642-JSC<br><br>**RULE 6-1(A) STIPULATION TO EXTEND ROBLOX CORPORATION'S TIME TO RESPOND TO THE COMPLAINT**<br><br>Judge:     Hon. Jacqueline Scott Corley<br><br>Date Filed: March 26, 2026<br><br>Trial Date:  Not Set |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Austin Beaulier and Defendant Roblox Corporation, by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on March 26, 2026, Plaintiff filed his Complaint (Dkt. 1);

WHEREAS, on March 30, 2026, Plaintiff served the summons and complaint on Roblox;

WHEREAS, Roblox's deadline to respond to the Complaint is currently April 20, 2026;

WHEREAS, the parties have agreed that Roblox may extend its time to answer or otherwise respond to the Complaint by 59 days through June 18, 2026;

WHEREAS, the extension will not alter the date of any event or deadline already fixed by order of the Court;

NOW, THEREFORE, THE PARTIES AGREE AND JOINTLY STIPULATE THAT, pursuant to Civil Local Rule 6-1(a), Roblox's deadline to answer or otherwise respond to the Complaint is extended through June 18, 2026.

Dated:  April 17, 2026                                         KEKER, VAN NEST & PETERS LLP

                                                        By:    /s/ Spencer McManus
                                                               MICHELLE YBARRA
                                                               EDWARD A. BAYLEY
                                                               DEEVA SHAH
                                                               SPENCER MCMANUS
                                                               KEVIN SONG
                                                               LIAM BROWN

                                                               Attorneys for Defendant ROBLOX
                                                               CORPORATION

Dated:  April 17, 2026                                         MILBERG PLLC

                                                        By:    /s/ William J. Edelman (with consent)
                                                               WILLIAM J. EDELMAN
                                                               GARY M. KLINGER
                                                               MICHAEL A. ACCIAVATTI

                                                               Attorneys for Plaintiff AUSTIN
                                                               BEAULIER

1