KEKER, VAN NEST & PETERS LLP
MICHELLE YBARRA - # 260697
mybarra@keker.com
EDWARD A. BAYLEY - # 267532
ebayley@keker.com
DEEVA SHAH - # 319937
dshah@keker.com
SPENCER MCMANUS - # 322824
smcmanus@keker.com
KEVIN SONG - # 325259
ksong@keker.com
LIAM BROWN - # 347518
liambrown@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant ROBLOX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUSTIN BEAULIER, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION,<br><br>Defendant. | Case No. 3:26-cv-02642-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Judge:     Hon. Jacqueline Scott Corley<br><br>Date Filed: March 26, 2026<br><br>Trial Date:  Not Set |

6161541

Pursuant to Civil Local Rules 6-2, 7-12, and 16-2(e), Plaintiff Austin Beaulier and Defendant Roblox Corporation (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on March 26, 2026, Plaintiff filed his Complaint (Dkt. 1);

WHEREAS, an Initial Case Management Conference was scheduled for June 24, 2026 (Dkt. 15);

WHEREAS, on April 30, 2026, Roblox filed an Administrative Motion to Consider Whether Cases Should Be Related ("Relation Motion") and Plaintiff filed an opposition in the *Beaulier v. Meta Platforms, Inc.* proceedings, No. 3:26-cv-02632-CRB (the "Meta Action");

WHEREAS, pursuant to Civil Local Rules 3-12(f) and 7-11(c), the Relation Motion was ripe for resolution on May 5, 2026;

WHEREAS, as of the date of this stipulation, no decision has been entered as to the Relation Motion;

WHEREAS, counsel for the Parties have met and conferred and agree that it would promote efficiency and conserve judicial and party resources to briefly continue the Initial Case Management Conference to allow the Relation Motion to be resolved;

WHEREAS, the Parties agree that, to conserve judicial and party resources, the case management conference scheduled for June 24, 2026 and all related deadlines (including the deadlines to conduct the Rule 26(f) conference, file the ADR certification, serve initial disclosures, and file a joint case management conference statement) should be continued for two (2) weeks;

WHEREAS, the Court has not yet otherwise set a case schedule, so this stipulation would not affect the date or deadline of any part of the case schedule not discussed herein.

NOW, THEREFORE, THE PARTIES AGREE AND JOINTLY STIPULATE THAT:

1.     The Initial Case Management Conference scheduled for June 24, 2026 be VACATED and CONTINUED to July 8, 2026, or to such later date shortly thereafter at the Court's convenience; and

6161541

2.    All deadlines related to the Initial Case Management Conference shall be extended correspondingly, in accordance with the Civil Local Rules and the Federal Rules of Civil Procedure.

Dated:  June 2, 2026                                KEKER, VAN NEST & PETERS LLP

By:    */ s/ Edward A. Bayley*
       MICHELLE YBARRA
       EDWARD A. BAYLEY
       DEEVA SHAH
       SPENCER MCMANUS
       KEVIN SONG
       LIAM BROWN

       Attorneys for Defendant ROBLOX
       CORPORATION

Dated:  June 2, 2026                                MILBERG PLLC

By:    */s/ William J. Edelman* (with consent)
       WILLIAM J. EDELMAN
       GARY M. KLINGER
       MICHAEL A. ACCIAVATTI

       Attorneys for Plaintiff AUSTIN
       BEAULIER

## SIGNATURE ATTESTATION

I am the ECF user whose account is being used to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

KEKER, VAN NEST & PETERS LLP

Dated:  June 2, 2026                                */s/ Edward A. Bayley*
                                                    Edward A. Bayley

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  _____, 2026

                                                    Hon. Jacqueline Scott Corley
                                                    United States District Judge

2
STIP & [PROPOSED] ORDER CONTINUING CMC
Case No. 3:26-cv-02642-JSC

6161541