William J. Edelman (SBN 285177)
Gary M. Klinger (admitted *pro hac vice*)
MILBERG, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (771) 474-1121
wedelman@milberg.com
gklinger@milberg.com

Michael A. Acciavatti (admitted *pro hac vice*)
MILBERG, PLLC
405 East 50th Street
New York, NY 10022
Tel: 212.594.5300
macciavatti@milberg.com

Attorneys for Plaintiff AUSTIN BEAULIER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUSTIN BEAULIER, individually and on behalf of all those similarly situated,<br><br>               Plaintiff,<br><br>    v.<br><br>ROBLOX CORPORATION,<br><br>               Defendant. | Case No. 5:26-cv-02642-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER MEMORIALIZING BRIEFING SCHEDULE FOR ROBLOX'S RULE 12 MOTION AND REQUESTING RESET OF HEARING DATE**<br><br>Judge:     Hon. Beth Labson Freeman<br><br>Date Filed: March 26, 2026<br><br>Trial Date:  Not Set |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Austin Beaulier and Defendant Roblox Corporation (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on March 26, 2026, Plaintiff filed his Complaint (ECF No. 1);

WHEREAS, on April 17, 2026, the Parties stipulated to extend Roblox's time to respond to the Complaint pursuant to Civil Local Rule 6-1(a) (ECF No. 24);

WHEREAS, on June 3, 2026, the Court granted the Parties' joint stipulation to continue the initial case management conference and related deadlines (ECF No. 27);

WHEREAS, on June 18, 2026, Roblox filed its Rule 12(b) motion to dismiss the Complaint (ECF No. 30), then noticed for hearing on August 20, 2026 before Judge Jacqueline Scott Corley;

WHEREAS, on June 24, 2026, the Parties filed a stipulation and proposed order seeking to vacate or continue the Initial Case Management Conference and related deadlines and to set a briefing schedule for Roblox's Rule 12 motion (ECF No. 31);

WHEREAS, later on June 24, 2026, Judge Corley entered an Order of Recusal (ECF No. 32);

WHEREAS, on June 25, 2026, the case was reassigned to the Honorable Beth Labson Freeman, and the reassignment order instructed that all future filings bear the updated judicial initials immediately after the case number, vacated then-scheduled hearing and trial dates, and stated that existing briefing schedules for motions remain unchanged (ECF No. 33);

WHEREAS, on June 26, 2026, the Clerk reset the hearing on Roblox's Rule 12 motion for August 13, 2026 at 9:00 a.m. before Judge Freeman, reset the Initial Case Management Conference for November 5, 2026 at 11:00 a.m., and set the joint case management statement deadline for October 29, 2026 (ECF No. 34);

WHEREAS, Judge Freeman's Standing Order provides that the parties may stipulate to and request Court approval of a briefing schedule that differs from the Civil Local Rules, but that under no circumstances may the reply or other final brief be filed less than 14 days before the hearing, and that where possible the Court prefers 21 days;

STIP & [PROPOSED] ORDER MEMORIALIZING BRIEFING SCHEDULE
Case No. 5:26-cv-02642-BLF

WHEREAS, the Parties continue to agree that Plaintiff's opposition to Roblox's Rule 12 motion should be due July 16, 2026, and Roblox's reply should be due August 6, 2026;

WHEREAS, because the currently reset August 13, 2026 hearing date would not accommodate the agreed August 6, 2026 reply deadline under Judge Freeman's Standing Order, the Parties respectfully request that the Court reset the hearing on Roblox's Rule 12 to September 16, 2026, a date that Roblox has confirmed is available with the courtroom deputy;

WHEREAS, the Parties do not seek to modify the Initial Case Management Conference currently set for November 5, 2026, the joint case management statement deadline currently set for October 29, 2026, or any other case-management deadline set by the Clerk's June 26, 2026 notice at this time;

NOW, THEREFORE, THE PARTIES AGREE AND JOINTLY STIPULATE THAT:

1.      The deadline for Plaintiff to file his opposition to Roblox's Rule 12(b) motion shall be July 16, 2026;

2.      The deadline for Roblox to file its reply in support of its Rule 12(b) motion shall be August 6, 2026;

3.      The hearing on Roblox's Rule 12(b) motion currently set for August 13, 2026 shall be reset to September 16, 2026, a date that Roblox has confirmed is available with the courtroom deputy; and

4.      The Initial Case Management Conference currently set for November 5, 2026, and the joint case management statement deadline currently set for October 29, 2026, are not modified by this stipulation.

Dated:  June 30, 2026                                MILBERG PLLC

                                          By:   */s/William J. Edelman*
                                                WILLIAM J. EDELMAN
                                                GARY M. KLINGER
                                                MICHAEL A. ACCIAVATTI

                                                Attorneys for Plaintiff AUSTIN
                                                BEAULIER

2

Dated:  June 30, 2026                                      KEKER, VAN NEST & PETERS LLP

                                          By:      /s/Edward A. Bayley
                                                   MICHELLE YBARRA
                                                   EDWARD A. BAYLEY
                                                   DEEVA SHAH
                                                   SPENCER MCMANUS
                                                   KEVIN SONG
                                                   LIAM BROWN

                                                   Attorneys for Defendant ROBLOX
                                                   CORPORATION

## SIGNATURE ATTESTATION

I am the ECF user whose account is being used to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

                                                   MILBERG, PLLC

Dated:  June 30, 2026

                                                   /s/ William J. Edelman
                                                   William J. Edelman

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  July 7, 2026

                                                   Hon. Beth Labson Freeman
                                                   United States District Judge

STIP & [PROPOSED] ORDER MEMORIALIZING BRIEFING SCHEDULE
Case No. 5:26-cv-02642-BLF