KEKER, VAN NEST & PETERS LLP
MICHELLE YBARRA - # 260697
mybarra@keker.com
EDWARD A. BAYLEY - # 267532
ebayley@keker.com
DEEVA SHAH - # 319937
dshah@keker.com
SPENCER MCMANUS - # 322824
smcmanus@keker.com
KEVIN SONG - # 325259
ksong@keker.com
LIAM BROWN - # 347518
liambrown@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant ROBLOX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUSTIN BEAULIER, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION,<br><br>Defendant. | Case No. 3:26-cv-02642-BLF<br><br>**STATEMENT OF RECENT DECISION**<br><br>Date: September 16, 2026<br>Time: 9:00 a.m.<br>Dept.: Courtroom 1 – 5th Floor<br>Judge: Hon. Beth Labson Freeman<br><br>Date Filed: March 26, 2026<br><br>Trial Date: Not Set |

Pursuant to Civil Local Rule 7-3(d)(2), Defendant Roblox Corporation respectfully submits this Statement of Recent Decision to alert the Court of a relevant judicial opinion published after the date of Roblox's reply brief in support of its pending motion to dismiss. Dkt. 30. As noted in Roblox's briefing, the plaintiff in this case, Austin Beaulier, has brought similar DMCA cases against three other technology companies, including Meta Platforms. *See* Dkt. 30 at 1, n.1; Dkt. 39 at 1. On August 26, 2026, Judge Charles R. Breyer granted a motion to dismiss plaintiff's DMCA claims in the Meta Platforms action. *See Beaulier v. Meta Platforms*, No. 3:26-cv-02632-CRB, Dkt. 32 (N.D. Cal. Aug. 26, 2026). A copy of the order on the motion to dismiss is attached as **Exhibit A**.

Dated: August 26, 2026

KEKER, VAN NEST & PETERS LLP

By: */s/ Spencer McManus*
MICHELLE YBARRA
EDWARD A. BAYLEY
DEEVA SHAH
SPENCER MCMANUS
KEVIN SONG
LIAM BROWN

Attorneys for Defendant ROBLOX CORPORATION