KEKER, VAN NEST & PETERS LLP
MICHELLE YBARRA - # 260697
mybarra@keker.com
EDWARD A. BAYLEY - # 267532
ebayley@keker.com
DEEVA SHAH - # 319937
dshah@keker.com
SPENCER MCMANUS - # 322824
smcmanus@keker.com
KEVIN SONG - # 325259
ksong@keker.com
LIAM BROWN - # 347518
liambrown@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant ROBLOX CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUSTIN BEAULIER, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ROBLOX CORPORATION,<br><br>Defendant. | Case No. 3:26-cv-02642-BLF<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; SETTING BRIEFING SCHEDULE ON ROBLOX'S ANTICIPATED MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Judge: Hon. Beth Labson Freeman<br><br>Date Filed: March 26, 2026<br><br>Trial Date: Not Set |

Pursuant to Civil Local Rules 6-2, 7-12, and 16-2(e), Plaintiff Austin Beaulier and Defendant Roblox Corporation (together, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on March 26, 2026, Plaintiff filed his Complaint (ECF No. 1);

WHEREAS, on June 18, 2026, Roblox filed a motion to dismiss (ECF. No. 30);

WHEREAS, on June 25, 2026, this case was reassigned to this Court (ECF No. 33);

WHEREAS, on October 2, 2026, this Court issued an order granting Roblox's motion to dismiss with leave to amend (ECF No. 47);

WHEREAS, Plaintiff's amended complaint is due for filing on November 2, 2026;

WHEREAS, a case management conference is currently scheduled for November 5, 2026 at 9:00 a.m.;

WHEREAS, under the existing schedule, Plaintiff's amended complaint would not be filed by the time the parties need to engage in the Rule 26(f) conference, exchange initial disclosures, and file the case management conference statement;

WHEREAS, counsel for the Parties have met and conferred and agree that both judicial and party economy would be served best by resolving gateway issues regarding Plaintiff's claims that Roblox anticipates raising in a motion to dismiss the amended complaint, prior to engaging in case management planning or discovery;

WHEREAS, counsel for the Parties accordingly agree that the Initial Case Management Conference and all related deadlines (including the deadlines to conduct the Rule 26(f) conference, serve initial disclosures, and file a joint case management conference statement) should be continued by approximately six months to allow the parties to brief and the Court to resolve Roblox's anticipated motion to dismiss the amended complaint;

WHEREAS, the parties may request a further continuance of the case management conference and related deadlines, if the date of any continued case management conference approaches and Roblox's anticipated motion to dismiss remains pending;

WHEREAS, the parties further agree to set a briefing schedule on Roblox's anticipated motion to dismiss, to allow the parties time to draft briefing that will assist the Court in resolving

the motion and in light of the upcoming holidays.

NOW, THEREFORE, THE PARTIES AGREE AND JOINTLY STIPULATE THAT:

1. The Initial Case Management Conference scheduled for November 5, 2026 at 9:00 a.m. shall be CONTINUED to May 6, 2027 at 9:00 a.m.

2. All deadlines related to the Initial Case Management Conference shall be CONTINUED accordingly, per the Civil Local Rules and the Federal Rules of Civil Procedure.

3. Plaintiff shall file an amended complaint no later than Monday, November 2, 2026, per this Court's order (ECF No. 47).

4. Roblox shall file its anticipated motion to dismiss the amended complaint no later than Friday, December 18, 2026.

5. Plaintiff shall file his opposition to Roblox's anticipated motion to dismiss no later than Friday, January 29, 2026.

6. Roblox shall file its reply in support of its anticipated motion to dismiss no later than Friday, February 26, 2026.

7. Roblox shall notice its anticipated motion to dismiss for hearing in accordance with this Court's Standing Order re Civil Cases §§ III.A, IV.B, IV.C.

Dated: October 12, 2026

KEKER, VAN NEST & PETERS LLP

By: */s/ Edward A. Bayley*

MICHELLE YBARRA
EDWARD A. BAYLEY
DEEVA SHAH
SPENCER MCMANUS
KEVIN SONG
LIAM BROWN

Attorneys for Defendant ROBLOX CORPORATION

Dated: October 12, 2026

MILBERG PLLC

By: */s/ William J. Edelman*

WILLIAM J. EDELMAN
GARY M. KLINGER
MICHAEL A. ACCIAVATTI

Attorneys for Plaintiff AUSTIN BEAULIER

**SIGNATURE ATTESTATION**

I am the ECF user whose account is being used to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained.

KEKER, VAN NEST & PETERS LLP

Dated: October 12, 2026

*/s/ Edward A. Bayley*
EDWARD A. BAYLEY

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 13, 2026

Hon. Beth Labson Freeman
United States District Judge